UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DRAKE D. DARGON, SR., | ) | CHAPTER 7 |
| fka Daniel Paul Dargon, | ) | |
| | ) | CASE NO: 20-30300-EDK |
| Debtor. | ) | |
| | ) | |
| STATE OF NEW HAMPSHIRE | ) | |
| BANKING DEPARTMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | |
| | ) | ADV. PRO. NO. 20-03017 |
| DRAKE D. DARGON, SR., | ) | |
| fka Daniel Paul Dargon, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS CASE PLAINTIFF'S COMPLAINT TO DETERMINE AND DECLARE DEBT EXCEPTED FROM DISCHARGE

Now comes the Debtor/Defendant, DRAKE D. DARGON, SR., by and through his attorney, Eric D. Kornblum, and moves this Honorable Court to dismiss the Plaintiff's Complaint to Determine and Declare Debt Excepted From Discharge, pursuant to 11 U.S.C. Section 523(a)(2)(A).

As grounds therefor, Debtor/Defendant states that said Complaint fails to state a claim upon which relief can be granted pursuant to 11 U.S.C. Section 523(a)(2)(A). Furthermore, Debtor/Defendant states that Plaintiff's Complaint fails to plead the necessary elements of 11 U.S.C. 523(a)(2)(A) with specificity as required.

WHEREFORE, Debtor/Defendant requests this Honorable Court dismiss Plaintiff's Complaint

and such other and further relief as justice may require
.

                                          Respectfully submitted,
                                          THE DEBTOR/DEFENDANT
                                          DRAKE D. DARGON, SR.
                                          By his attorney

Dated: October 16, 2020

                                          /s/Eric D. Kornblum
                                          Eric D. Kornblum, Esq.
                                          94 North Elm Street, Suite 402
                                          Westfield, MA 01085
                                          413-568-3900
                                          Fax: 413-568-3955
                                          BBO# 561614
                                          e-mail: edkclientsbk@gmail.com

.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DRAKE D. DARGON, SR., | ) | CHAPTER 7 |
| fka Daniel Paul Dargon, | ) | |
| | ) | CASE NO: 20-30300-EDK |
| Debtor. | ) | |
| | ) | |
| STATE OF NEW HAMPSHIRE | ) | |
| BANKING DEPARTMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | |
| | ) | ADV. PRO. NO. 20-03017 |
| DRAKE D. DARGON, SR., | ) | |
| fka Daniel Paul Dargon, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, Eric D. Kornblum, Esq, state that on October 16, 2020, I electronically filed the foregoing Motion to Dismiss with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. It is my understanding that notice of this filing will be provided by the CM/ECF System to the following CM/ECF participants:

    Office of the U.S. Trustee
    Gary M. Weiner, Esq., Chapter 7 Trustee

I certify that on October 16, 2020, I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants.

Drake D. Dargon, Sr.       Lawrence M. Edelman, Esq.
266 Grove Street #9       New Hampshire Banking Department
Northampton, MA 01060       53 Regional Drive, Suite 200
     Concord, NH 03301

                                                      /s/Eric D. Kornblum
                                                      Eric D. Kornblum, Esq.